UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FERNANDO ERNESTO VELEZ-CORTES,
Individually and on behalf of others similarly
situated,

      Plaintiff,                        Case No. 1:19-cv-23426-JAL

v.

LANGUAGE INTEGRATED SERVICES,
CORPORATION

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Fernando Ernesto Velez-Cortes ("Plaintiff") and Defendant Language Integrated Services, Corporation ("Defendant) (collectively the "Parties"), hereby give notice that the Parties have reached an amicable resolution with respect to all claims that the Plaintiff asserted against Defendant in this action. The Parties respectfully request that the Court: (1) provide the Parties with thirty (30) days to file an appropriate motion with the Court and (2) retain jurisdiction over this action and the settlement thereof.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED this 7th day of November, 2019

Respectfully Submitted,

By: /s/ Richard M. Schreiber
Richard M. Schreiber
Texas Bar No. 24056278
Richard J. (Rex) Burch
Texas Bar No. 24001807
  **JOSEPHSON DUNLAP, LLC**
  11 Greenway Plaza, Suite 3050
  Houston, Texas 77046
T: (713) 352-1100
F: (713) 352-3300
rschreiber@mybackwages.com
rburch@brucknerburch.com

Andrew R. Frisch
  **MORGAN & MORGAN**
  8151 Peters Road, Suite 4000
  Plantation, Florida 33324
T: 954-WORKERS
F: 954-327-3013
AFrisch@ForThePeople.com

Attorneys for Plaintiff | FERNANDO ERNESTO VELEZ-CORTEZ

By: /s/ Jesse Unruh
Jesse Unruh, FL Bar # 93121
  JET DOT LAW, PLLC
  12249 Science Drive
  Suite 155
  Orlando, FL 32826
(407) 494-0135
 www.jet.law
Attorney for Defendant | LANGUAGE INTEGRATED SERVICES, CORPORATION